[No. 9559–5–I.   Division One.   March 28, 1983.]

LARRY HARVITZ, *Individually and as Guardians ad Litem,* ET AL, *Appellants,* v. KEITH RIFFLE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 847354, Jack P. Scholfield, J., entered October

27, 1980. *Affirmed* by unpublished opinion per Callow, J., concurred in by Durham, A.C.J., and Corbett, J.